

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00071-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Armando **HERNANDEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14282
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The appellant's motion for leave to withdraw counsel is hereby GRANTED.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court